ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 16 2016
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| UNITED STATES OF AMERICA | |
|---|---|
| v. | NO. 4-16CR-060-A |
| DAMEYON ANTOINE NEWTON (01) | |

INDICTMENT

The Grand Jury Charges:

Count One

Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning on and before March 2014, and continuing until on or about February 22, 2016, in the Fort Worth Division of the Northern District of Texas, defendant **Dameyon Antoine Newton**, and others unknown to the grand jury, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), namely to possess with intent to distribute a mixture and substance containing cocaine, a Schedule II controlled substance.

Indictment - Page 1

In violation of 21 U.S.C. § 846 (21 U.S.C. § 841(a)(1) and (b)(1)(C)).

A TRUE BILL

_____
FOREPERSON

JOHN R. PARKER
UNITED STATES ATTORNEY

_____
DOUGLAS A. ALLEN
Assistant United States Attorney
Texas State Bar No. 24011525
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

vs.

DAMEYON ANTOINE NEWTON (01)

INDICTMENT

21 U.S.C. § 846
(21 U.S.C. §§ 841(a)(1) and (b)(1)(C)
Conspiracy to Possess with Intent to Distribute a Controlled Substance

(1 COUNT)

A true bill rendered: _Sean Wilcox_

FORT WORTH                                                                  FOREPERSON

Filed in open court this 16th day of March A.D. 2016.

Defendant in Federal Custody

_Terry R. Means_
UNITED STATES DISTRICT JUDGE