IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs | § | NO. 4:16-CR-060-A |
| DAMEYON ANTOINE NEWTON | § | |

ORDER

The court ORDERS that the arraignment hearing of defendant, DAMEYON ANTOINE NEWTON, be, and is set for 9:30 a.m. on March 23, 2016, before the Honorable Jeffrey L. Cureton, United States Magistrate Judge, in the 2nd Floor Courtroom of the United States Courthouse, Fort Worth, Texas.

The court further ORDERS that Dameyon Antoine Newton, his attorney, and the attorney of United States of America responsible for handling this case be present at 9:15 a.m. at such date and place to insure a timely start of the hearing.

SIGNED March 17, 2016.

JOHN McBRYDE
United States District Judge