# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### Fort Worth DIVISION

MAGISTRATE JUDGE JEFFREY L. CURETON
DEPUTY CLERK: Julie Harwell
INTERPRETER:
A.M.
TOTAL COURT TIME: 2 min.

DIGITAL FILE:
DATE HELD: March 23, 2016

CR. No. 4:16-CR-~~055~~ 60-A  DEFT NO. 01

UNITED STATES OF AMERICA

v.

DAMEYON ANTOINE NEWTON
Defendant's Name

Mark Nichols ~~SHAWN SMITH~~, AUSA
for Doug Allen

J. WARREN ST. JOHN, RETAINED (R)
Counsel for Deft. Apptd-(A), Retd-(R), FPD-(F)

## ARRAIGNMENT

Trial Status:
- ☐ Arraignment Hearing - Contested  ☐ Arraignment Hearing - Non-Evidentiary
- ☐ Completed by Jury Verdict  ☐ Continued from Previous Month  ☐ Directed Verdict  ☐ Evidence Entered
- ☐ Hung Jury  ☐ Jury Selection Only, continued  ☐ Jury Selection or Verdict Only (No Trial Before this Judge)
- ☐ Mistrial  ☐ Settled/Guilty Plea  ✔ None  Days in Trial: _____  Hearing Concluded: ✔ Yes  ☐ No

✔ Defendant SWORN.
✔ Arraignment - Held on count(s) 1 of 1 count(s) of Indictment.
☐ New Sentencing Guidelines (NSG) offense committed on or after (11/1/87).
✔ Defense waived reading of the Indictment.
✔ Deft enters a plea of    ✔ Not Guilty    ☐ Guilty  ☐ Nolo
☐ Consent to proceed before U.S. Magistrate Judge on misdemeanor case.
☐ Waiver of Jury Trial
☐ Waiver of Indictment, filed.
✔ Trial set for **May 16, 2016 at 8:30 a.m.** (Order to follow)
   Pretrial motions due: _____.   Discovery motions/Government Responses due: _____.
☐ Defts bond ☐ set ☐ reduced to $ _____  ☐ Cash ☐ Surety ☐ 10% ☐ PR
☐ Deft failed to appear, bench warrant to issue.
☐ Bond  ☐ continued  ☐ forfeited
✔ Deft Custody/Detention continued.
☐ Deft REMANDED to custody.

FILED MAR 2 3 2016
CLERK, U.S. DISTRICT COURT
By _____ Deputy

OTHER PROCEEDINGS: